Christopher Staiger, Respondent, v. Robert H. Klitz and Charles R. Jung, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John Stroh, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs, No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr. and Rich, JJ.

Benjamin Tepfer, an Infant, etc., Respondent, v. American Ice Company, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Jacob H. Werbelovsky, Respondent, v. Rachel Segal, Defendant, Impleaded with Samuel Samowitz and Morris Schnitman, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

William A. Witherall, Appellant, v. Elliott C. Cowdin, Respondent, Impleaded with Frank A. Bennett, Defendant. John A. Goodwin, Purchaser, Appellant.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Barney Yudicki, Respondent, v. Hodgman Rubber Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Theodore F. Tompkins, Appellant, v. Howard P. Barnes, Respondent. — Motion for reargument granted, and case set down for Friday, November 24, 1911. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

In the Matter of the Examination of Union Bank of Brooklyn. George C. Van Tuyl, Jr., Superintendent of Banks, etc., Respondent; Edward M. Grout, Appellant. (Appeals Nos. 1 and 2.) — Reargument ordered, and cases set down for Friday, November 24, 1911, as Jenks, P. J., will not take part in the decision. Hirschberg, Burr, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

Morris Fine, Respondent, v. Solomon Wolff and David Goldstein, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Gabrielle Kahaly, Respondent, v. Andrew Meyer, Appellant.—Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Marie Klein, Respondent, v. Brooklyn Majestic Theatre Company, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Albert F. Aub, Respondent, v. Charles A. Lock, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.